IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATAQUILL LIMITED | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:13-CV-633 |
| | § | |
| ZTE USA INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge. As used herein, "DataQuill" means DataQuill Limited, and "ZTE" means ZTE (USA), Inc. As used herein, "DataQuill Patents" means U.S. Patent Nos. 6,058,304 and 7,139,591. As used herein, "patents-in-suit" refers, collectively, to the DataQuill Patents.

**QUESTION 1:**

Did DataQuill prove by a preponderance of the evidence that ZTE infringed any of the following asserted claims of the DataQuill Patents?

**Answer YES or NO in the space provided beside each particular claim:**

Claim 9 of U.S. Patent 6,058,304        Yes

Claim 40 of U.S. Patent 6,058,304       Yes

Claim 98 of U.S. Patent 6,058,304       Yes

Claim 113 of U.S. Patent 6,058,304      Yes

Claim 38 of U.S. Patent 7,139,591       Yes

3

NOTE: YOU MUST ANSWER THIS QUESTION REGARDLESS OF YOUR ANSWERS TO QUESTION 1:

**QUESTION 2:**

Do you find that ZTE has proven by clear and convincing evidence that any of the following claims of the DataQuill Patents are invalid?

**Answer YES or NO in the space provided beside each particular claim:**

| Claim | Answer |
|---|---|
| Claim 9 of U.S. Patent 6,058,304 | No |
| Claim 40 of U.S. Patent 6,058,304 | No |
| Claim 98 of U.S. Patent 6,058,304 | No |
| Claim 113 of U.S. Patent 6,058,304 | No |
| Claim 38 of U.S. Patent 7,139,591 | No |

ANSWER QUESTIONS 3-4 IF YOU HAVE FOUND AT LEAST ONE CLAIM BOTH VALID AND INFRINGED:

**QUESTION 3:**

What sum of money if paid now in cash do you find from a preponderance of the evidence would fairly and reasonably compensate DataQuill for ZTE's infringement up through March 2015?

$ __$31,500,000.00__ Damages

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence or by clear and convincing evidence as instructed for each question.

Signed this _18_ day of June , 2015.