# Exhibit H



13992

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/31/2014
**INVOICE #** 120814-431299

RECEIVED
JAN 29 2015

**Bill To:** Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Wang Zhao
**DATE:** 12/8/2014
**LOCATION:** Hong Kong, HK

Date 1/21/14 Preparer T. Oakes Rush?
Approval SGPIG
Matter Name DataQuill/Huawei
Matter No. 013797-11
Descript Wang Zhao depo transcript
(CST)

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 112 | $7.50 | $840.00 |
| Rough ASCII | 112 | $2.50 | $280.00 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - On-Site - B&W | 9600 | $0.30 | $2,880.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 41 | $0.20 | $8.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 112 | -$0.50 | -$56.00 |
| Conference Room / Day | 1 | $700.00 | $700.00 |
| Interpreter Appearance Fee / Day | 1 | $1,550.00 | $1,550.00 |
| | | SUBTOTAL | $6,502.20 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $6,552.20 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

PROCESSED BY
AMM



Q118182



(1399)

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/31/2014
INVOICE # 120814-431300

RECEIVED JAN 29 2015

**Bill To:** Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Wang Zhao
**DATE:** 12/8/2014
**LOCATION:** Hong Kong, HK

Date 1/21/15 Preparer T. Cockren Rush?
Approval (GRI)
Matter Name Data Quill/Huawei
Matter No. 01399
Descrip Wang Zhao Videographer
(CST)

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer / Day | 1 | $1,400.00 | $1,400.00 |
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,685.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,725.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

PROCESSED BY
AMM_____

Q118181



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/31/2014
INVOICE # 120914-431302

13997

RECEIVED
JAN 29 2015

**Bill To:** Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

Date 1/21/15 Preparer T. Acker Rush?
Approval
Matter Name DataQuill/Huawei
Matter No. 213797
Descript. Ma Hongqiang Dep transcript
(CCST)

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Mr. Ma Hongqiang
**DATE:** 12/9/2014
**LOCATION:** Hong Kong, HK

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 123 | $7.50 | $922.50 |
| Original Transcript - Evening Pages | 5 | $2.00 | $10.00 |
| Rough ASCII | 123 | $2.50 | $307.50 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Reporter App Fee / Add'l Evening Hour - Videotaped | 0.5 | $85.00 | $42.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 76 | $0.20 | $15.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 123 | -$0.50 | -$61.50 |
| Conference Room / Day | 1 | $700.00 | $700.00 |
| Interpreter Appearance Fee / Day | 1 | $1,550.00 | $1,550.00 |
| Interpreter Appearance Fee / Evening Hour | 0.5 | $275.00 | $137.50 |
| | | SUBTOTAL | $3,923.70 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $3,948.70 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

PROCESSED BY
AMM



Q118180



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

13997

# INVOICE

DATE: 12/31/2014
INVOICE # 120914-431303

RECEIVED
JAN 29 2015

**BILL To:** Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

Date 1/21/15 Preparer T. Artino Rush?
Approval _____ (JGRI) X
Matter Name DataQuill / Huawei
Matter No 013797
Descript Ma Hongqiang Depo
Videographer
(CCST)

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Mr. Ma Hongqiang
**DATE:** 12/9/2014
**LOCATION:** Hong Kong, HK

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer / Day | 1 | $1,400.00 | $1,400.00 |
| Videographer / Day - Add'l Hours - Evening Rate | 0.5 | $250.00 | $125.00 |
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,905.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,930.00 |

Please make all checks payable to: TSG Reporting, Inc.  Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

PROCESSED BY
AMM _____



Q118179



**TSG REPORTING**

13997
Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/31/2014
INVOICE # 121014-431305

**Bill To:** Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Ms. Yingzi Wang
**DATE:** 12/10/2014
**LOCATION:** Hong Kong, HK

RECEIVED JAN 29 2015

Date 1/21/15 Preparer T. Aaken Rush?
Approval (JGRX)
Matter Name DataQuill / Huawei
Matter No 013797
Descript Yingzi Wang depo transcript
(CST)

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 100 | $7.50 | $750.00 |
| Rough ASCII | 100 | $2.50 | $250.00 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 444 | $0.20 | $88.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 100 | -$0.50 | -$50.00 |
| Conference Room / Day | 1 | $700.00 | $700.00 |
| Interpreter Appearance Fee / Day | 1 | $1,550.00 | $1,550.00 |
| | | SUBTOTAL | $3,588.80 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $3,638.80 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**


Q118178


PROCESSED BY
AMM



**TSG REPORTING**

13997

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/31/2014
INVOICE # 121014-431306

RECEIVED
JAN 29 2015

Date 1/21/15 Preparer T. Adkin Rush?
Approval
Matter Name DataQuill/Huawei
Matter No 13997
Descript Yingzi Wang Depo Videography

**Bill To:** Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Ms. Yingzi Wang
**DATE:** 12/10/2014
**LOCATION:** Hong Kong, HK

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer / Day | 1 | $1,400.00 | $1,400.00 |
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,685.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,725.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

PROCESSED BY
AMM



Q118177



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

13997

# INVOICE

DATE: 12/31/2014
INVOICE # 121114-431308

RECEIVED
JAN 29 2015

Date 1/21/15  Preparer T. Aukin  Rush?
Approval _____ (SGPT)
Matter Name DataQuill / Huawei
Matter No 013797
Descript Fan Ruitao dep transcript
(CCST)

**Bill To:**
Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Fan Ruitao
**DATE:** 12/11/2014
**LOCATION:** Hong Kong, HK

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript - 100p. Minimum | 100 | $7.50 | $750.00 |
| Rough ASCII - 100p. Minimum | 100 | $2.50 | $250.00 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 100 | -$0.50 | -$50.00 |
| Conference Room / Day | 1 | $700.00 | $700.00 |
| Interpreter Appearance Fee / Day | 1 | $1,550.00 | $1,550.00 |
| | | SUBTOTAL | $3,500.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $3,525.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



PROCESSED BY
AMM


Q118176



**TSG REPORTING**

13997

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/31/2014
INVOICE # 121114-431309

RECEIVED
JAN 29 2015

**Bill To:** Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

Date 1/21/15  Preparer T. _____ Rush?
Approval _____
Matter Name DataQuill/Huawei
Matter No. 013797
Descript Fan Ruitao depo videographer
(CCST)

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Fan Ruitao
**DATE:** 12/11/2014
**LOCATION:** Hong Kong, HK

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer / Day | 1 | $1,400.00 | $1,400.00 |
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,590.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,630.00 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**


Q118175

PROCESSED BY
AMM



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/31/2014
INVOICE # 121214-431311

13997

RECEIVED
JAN 29 2015

Date 1/21/15  Preparer T. Aeekin  Rush? ___
Approval _____ (Scott)
Matter Name DataQuill/Huawei
Matter No 013997
Descript Waiman Lam dep transcript

**Bill To:** Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Waiman Lam
**DATE:** 12/12/2014
**LOCATION:** Hong Kong, HK

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 168 | $7.50 | $1,260.00 |
| Rough ASCII | 168 | $2.50 | $420.00 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 265 | $0.20 | $53.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 168 | -$0.50 | -$84.00 |
| Conference Room / Day | 1 | $700.00 | $700.00 |
| Interpreter Appearance Fee / Day | 1 | $1,550.00 | $1,550.00 |
| | | SUBTOTAL | $4,199.00 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $4,249.00 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**


Q118174


PROCESSED BY
AMM



13997

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/31/2014
INVOICE # 121214-431312

**Bill To:** Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Waiman Lam
**DATE:** 12/12/2014
**LOCATION:** Hong Kong, HK

RECEIVED JAN 29 2015

Date 1/21/15 Preparer T. Adkins Rush?
Approval _____ (SGRY)
Matter Name DataQuill/Huawei
Matter No 013797
Descript Waiman Lam Depo Videography
(CCST)

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer / Day | 1 | $1,400.00 | $1,400.00 |
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,685.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,725.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



PROCESSED BY AMM



Q118173

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone: 212-705-8585    Fax: 646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106460 | 2/8/2015 | 37053 |
| Job Date | Case No. | |
| 1/12/2015 | | |
| Case Name | | |
| DataQuill v. ZTE | | |
| Payment Terms | | |
| Net 30, Interest at 1.5% / month | | |

Nathan J Davis, Esq.
Heim Payne & Chorush, LLP
JP Morgan Chase Tower
600 Travis Street, Suite 6710
Houston, TX 77002

COPY OF TRANSCRIPT OF:
**John Donnelly**                          **178.00  Pages**                    **774.30**
    Rough Draft/ASCII                                                              347.10
    Exhibit Package                          184.00  Pages                          248.40
    Litigation Support Package                                                      165.00
    Shipping & Handling (O)                                                          78.00

COPY OF TRANSCRIPT OF:
**Frank Callaghan**                        **103.00  Pages**                    **448.05**
    Rough Draft/ASCII                                                              200.85
    Exhibit Package                          212.00  Pages                          286.20
    Litigation Support Package                                                      165.00

TOTAL DUE  >>>                                                                $2,712.90
AFTER 3/10/2015 PAY                                                           $2,848.55

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Nathan J Davis, Esq.
Heim Payne & Chorush, LLP
JP Morgan Chase Tower
600 Travis Street, Suite 6710
Houston, TX 77002

Invoice No.    :  106460
Invoice Date   :  2/8/2015
**Total Due**      :  **$0.00**

Remit To:   **David Feldman Worldwide, Inc.**
           **405 Park Avenue, 16th Floor**
           **New York, NY 10022**

Job No.      :  37053
BU ID        :  DFW CR
Case No.     :
Case Name    :  DataQuill v. ZTE

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106397 | 2/8/2015 | 37055 |
| Job Date | Case No. ||
| 1/13/2015 | ||
| Case Name |||
| DataQuill v. ZTE |||
| Payment Terms |||
| Net 30, Interest at 1.5% / month |||

Nathan J Davis, Esq.
Heim Payne & Chorush, LLP
JP Morgan Chase Tower
600 Travis Street, Suite 6710
Houston, TX  77002

COPY OF TRANSCRIPT OF:

   Frank Callaghan Volume 2        83.00  Pages        361.05
      Rough Draft/ASCII        2.00        323.70
      Exhibit Package        7.00  Pages        50.00
      Litigation Support Package        165.00

**TOTAL DUE >>>**        **$899.75**
AFTER 3/10/2015  PAY        $944.74

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

(-) Payments/Credits:        899.75
(+) Finance Charges/Debits:        44.99
(=) New Balance:        $0.00

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Nathan J Davis, Esq.
Heim Payne & Chorush, LLP
JP Morgan Chase Tower
600 Travis Street, Suite 6710
Houston, TX  77002

Invoice No.   : 106397
Invoice Date  : 2/8/2015
**Total Due**     : **$0.00**

Remit To: **David Feldman Worldwide, Inc.**
**405 Park Avenue, 16th Floor**
**New York, NY  10022**

Job No.    : 37055
BU ID      : DFW CR
Case No.   :
Case Name  : DataQuill v. ZTE

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585  Fax:212-705-8552

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107247 | 3/9/2015 | 37056 |
| **Job Date** | **Case No.** | |
| 1/13/2015 | | |
| **Case Name** | | |
| DataQuill v. ZTE | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Amber Branum
Helm Payne & Chorush, LLP
JP Morgan Chase Tower
600 Travis Street, Suite 6710
Houston, TX 77002

VIDEO DEPOSITION OF:

Frank Callaghan

| | | |
|---|---|---|
| Technical Conversion/Synch | 3.00 | 292.50 |
| Media/DVD | | 49.00 |
| | TOTAL DUE >>> | $341.50 |
| | AFTER 4/8/2015 PAY | $358.58 |

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Amber Branum
Helm Payne & Chorush, LLP
JP Morgan Chase Tower
600 Travis Street, Suite 6710
Houston, TX 77002

| | | |
|---|---|---|
| Invoice No. | : | 107247 |
| Invoice Date | : | 3/9/2015 |
| **Total Due** | : | **$341.50** |
| AFTER 4/8/2015 PAY $358.58 | | |

Remit To: David Feldman Worldwide, Inc.
405 Park Avenue, 16th Floor
New York, NY 10022

| | | |
|---|---|---|
| Job No. | : | 37056 |
| BU ID | : | DFW Video |
| Case No. | : | |
| Case Name | : | DataQuill v. ZTE |

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585  Fax:212-705-8552

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107246 | 3/9/2015 | 37054 |
| **Job Date** | **Case No.** | |
| 1/12/2015 | | |
| **Case Name** | | |
| DataQuill v. ZTE | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Amber Branum
Heim Payne & Chorush, LLP
JP Morgan Chase Tower
600 Travis Street, Suite 6710
Houston, TX 77002

VIDEO DEPOSITION OF:
  John Donnelly/Frank Callaghan
    Technical Conversion/Synch                4.00              390.00
    Media/DVD                                                    49.00
    Shipping & Handling (O)                                      78.00

                                       TOTAL DUE  >>>         $517.00
                                       AFTER 4/8/2015  PAY    $542.85

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.


***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

Tax ID: 13-4091601

*Please detach bottom portion and return with payment.*

Amber Branum
Heim Payne & Chorush, LLP
JP Morgan Chase Tower
600 Travis Street, Suite 6710
Houston, TX 77002

Invoice No.      : 107246
Invoice Date     : 3/9/2015
**Total Due**    : **$517.00**
AFTER 4/8/2015  PAY  $542.85

Remit To:  **David Feldman Worldwide, Inc.**
           **405 Park Avenue, 16th Floor**
           **New York, NY 10022**

Job No.     : 37054
BU ID       : DFW Video
Case No.    :
Case Name   : DataQuill v. ZTE

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107422 | 3/17/2015 | 38020 |
| Job Date | Case No. ||
| 3/6/2015 | |
| Case Name |||
| DataQuill v. ZTE |||
| Payment Terms |||
| Net 30, Interest at 1.5% / month |||

Joseph S. Grinstein, Esq.
Susman Godfrey LLP
1000 Louisiana
Suite 5100
Houston, TX  77002-5096

COPY OF TRANSCRIPT (EXPEDITED) OF:

| | | | |
|---|---|---|---|
| Robert Mills | | 114.00  Pages | 495.90 |
|    3 Day Copy | | | 541.50 |
|    Rough Draft/ASCII | | | 222.30 |
|    Interactive Realtime | | | 256.50 |
|    Exhibit Package | | 300.00  Pages | 405.00 |
|    Litigation Support Package | | | 165.00 |
|    Shipping & Handling (O) | | | 78.00 |
| | | **TOTAL DUE >>>** | **$2,164.20** |
| | | AFTER 4/16/2015 PAY | $2,272.41 |

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

Tax ID: 13-4091601

*Please detach bottom portion and return with payment.*

Joseph S. Grinstein, Esq.
Susman Godfrey LLP
1000 Louisiana
Suite 5100
Houston, TX  77002-5096

Invoice No.   :  107422
Invoice Date  :  3/17/2015
**Total Due**   :  **$0.00**

Remit To:  **David Feldman Worldwide, Inc.**
          **405 Park Avenue, 16th Floor**
          **New York, NY  10022**

Job No.    :  38020
BU ID      :  DFW CR
Case No.   :
Case Name  :  DataQuill v. ZTE

# INVOICE

David Feldman Worldwide, Inc.  
450 Seventh Avenue  
Suite 500  
New York, NY 10123  
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107456 | 3/18/2015 | 37940 |
| **Job Date** | **Case No.** | |
| 3/3/2015 | | |
| **Case Name** | | |
| DataQuill v. ZTE | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Joseph S. Grinstein, Esq.  
Susman Godfrey LLP  
1000 Louisiana  
Suite 5100  
Houston, TX 77002-5096

COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| William E. Wecker | | 208.00 Pages | 904.80 |
| Rough Draft/ASCII | | | 405.60 |
| Exhibit Package | | 87.00 Pages | 117.45 |
| Litigation Support Package | | | 165.00 |
| Shipping & Handling (O) | | | 78.00 |
| | | TOTAL DUE >>> | $1,670.85 |
| | | AFTER 4/17/2015 PAY | $1,754.39 |

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.  
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***  
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

(-) Payments/Credits: 1,670.85  
(+) Finance Charges/Debits: 83.54

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Joseph S. Grinstein, Esq.  
Susman Godfrey LLP  
1000 Louisiana  
Suite 5100  
Houston, TX 77002-5096

Invoice No.   : 107456  
Invoice Date  : 3/18/2015  
**Total Due**   : **$0.00**

Job No.    : 37940  
BU ID      : DFW CR  
Case No.   :  
Case Name  : DataQuill v. ZTE

Remit To:   **David Feldman Worldwide, Inc.**  
            **405 Park Avenue, 16th Floor**  
            **New York, NY 10022**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107568 | 3/23/2015 | 37941 |
| Job Date | Case No. | |
| 3/3/2015 | | |

| Case Name |
|---|
| DataQuill v. ZTE |

| Payment Terms |
|---|
| Net 30, Interest at 1.5% / month |

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585  Fax:212-705-8552

Joseph S. Grinstein, Esq.
Susman Godfrey LLP
1000 Louisiana
Suite 5100
Houston, TX  77002-5096

VIDEO DEPOSITION OF:
William E. Wecker
   Technical Conversion/Synch                                      5.50          536.25
   Media/DVD                                                                 49.00
   Shipping & Handling (O)                                                      78.00

                                              TOTAL DUE >>>      $663.25
                                              AFTER 4/22/2015 PAY      $696.41

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

                                        (-) Payments/Credits:      663.25
                                          (+) Finance Charges/Debits:  33.16
                                          (=) New Balance:           $0.00

Tax ID: 13-4091601

*Please detach bottom portion and return with payment.*

Joseph S. Grinstein, Esq.
Susman Godfrey LLP
1000 Louisiana
Suite 5100
Houston, TX  77002-5096

Invoice No.    :  107568
Invoice Date   :  3/23/2015
**Total Due**  :  **$0.00**

Job No.    :  37941
BU ID      :  DFW Video
Case No.   :
Case Name  :  DataQuill v. ZTE

Remit To:  **David Feldman Worldwide, Inc.**
          **405 Park Avenue, 16th Floor**
          **New York, NY 10022**