# Exhibit I


**LIGHTHOUSE DATA SOLUTIONS**

A division of OmniVere, LLC
150 S Wacker Drive, Suite 2400
Chicago, IL 60606

FEIN: 38-3928277

| Date | Invoice # |
|---|---|
| 3/17/2015 | 2003818 |

**Bill To**

Susman Godfrey L.L.P.
Stacy Schulze
1000 Louisiana, Suite 5100
Houston, TX 77002

**Ship To**

Susman Godfrey L.L.P.
Stacy Schulze
1000 Louisiana, Suite 5100
Houston, TX 77002

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 013797 | Net 30 | JPass | 3/17/2015 | | 0315-0255 | 013797 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,854 | Scanning - He... | Scanning - Heavy Litigation (per page) | 0.15 | 278.10T |
| 81,023 | File Format Co... | [FILE} to {FILE} Conversion (Per Page) Documents: Pages:81023 Range: | 0.03 | 2,430.69T |
| 82,877 | OCR T | OCR (Per Page) | 0.03 | 2,486.31T |
| 1 | DVD Creation | DVD(s) Created | 35.00 | 35.00T |

*[Handwritten approval stamp: Date 4/8/15, Preparer T. Adli, Approval JGF, Matter Name Data Quell/FTI, Matter No. 0329 013797, Descript Document Processing & Trial Exhibits]*

*[Handwritten: Docs for Exhibits Stacy]*

For questions about your invoice contact accounting at 312-788-2623 or email AR@omnivere.com.
Please remit payment by mail to: OmniVere PO Box 74008090 Chicago, IL 60674-8090

Please remit payment by ACH/EFT to:
Bank Name: Bank of America
Account Name: OmniVere, LLC
Routing/ABA #: 071000039
Account #: 8666889038
Send remittance advices to: AR@omnivere.com

Please remit payment by wire to:
Bank Name: Bank of America
Account Name: OmniVere, LLC
Routing/ABA #: 026009593
Account #: 8666889038
Send remittance advices to: AR@omnivere.com

| | |
|---|---|
| Sales Tax (8.25%) | $431.48 |
| **Total** | **$5,661.58** |

SwayLaw LLC
PO Box 74
Los Altos, CA 94023-0074

(650)492-4837
howard.loo@swaylaw.com
http://www.swaylaw.com

# SwayLaw LLC
# Invoice

| Date | Invoice # |
|---|---|
| 03/30/2015 | 1607 |
| Terms | Due Date |
| Net 30 | 04/29/2015 |

**Bill To**

Susman Godfrey LLP
Suite 5100
1000 Louisiana
Houston, TX 77002-5096

| | Matter | Tax ID # |
|---|---|---|
| | DATAQUILL 013797 | 65-1300178 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Stickering of PDF trial exhibits with electronic exhibit stickers (95 cents per exhibit) | 382 | 0.95 | 362.90 |
| • Placing and adjusting of trial exhibit stickers to ensure that stickers do not cover up information on exhibit page; checking location and display of finalized sticker and finalized per-page numbering ($95 per hour) | 1.3 | 95.00 | 123.50 |
| • Correcting rotation (landscape v. portrait) of select trial exhibit pages ($95 per hour) | 1.6 | 95.00 | 152.00 |
| • Labeling each page with per-page numbering (and shrinking page to make room for per-page numbering) (2 cents per page) | 93811 | 0.02 | 1,876.22 |
| • Creating compact, text-searchable PDFs (includes: cleaning PDFs, optimizing PDFs, and OCRing PDFs) (3 cents per page) | 9932 | 0.03 | 297.96 |
| • Removing cover sheets ($95 per hour) | 0.3 | 95.00 | 28.50 |
| • Follow-up exhibit processing ($95 per hour) [Delivery 02 through Delivery 04] | 0.3 | 95.00 | 28.50 |

Date _3/31/15_ Preparer _T. Cadken_ Rush? ___
Approval _7625_
Matter Name _DataQuil 7TE_
Matter No _213797_
Descript _Document processing of trial exhibits_

Make checks payable to SwayLaw LLC.

**Total: $2,869.58**

Payment is due 30 days from date of invoice. If payment is not received within 60 days of date of invoice, a $50 late fee will be assessed, with additional $50 late fees assessed each month that the invoice remains unpaid.


**LIGHTHOUSE DATA SOLUTIONS**

A division of OmniVere, LLC
150 S Wacker Drive, Suite 2400
Chicago, IL 60606

FEIN: 38-3928277

| Date | Invoice # |
|---|---|
| 4/3/2015 | 20039927 |

**Bill To**
Susman Godfrey L.L.P.
Stacy Schulze
1000 Louisiana, Suite 5100
Houston, TX 77002

**Ship To**
Susman Godfrey L.L.P.
Stacy Schulze
1000 Louisiana, Suite 5100
Houston, TX 77002

RECEIVED
MAY 1 1 2015

*21343*

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 013797 | Net 30 | JPass | 4/3/2015 | | 0315-0573 | 013797 |

| Quantity | Item Code | Description | Price | Amount |
|---|---|---|---|---|
| 13,348 | Blowbacks Stapled T | Blowbacks Stapled | 0.10 | 1,334.80T |

Date 4/21/15 Preparer T. Allen
Approval
Matter Name *Beta Quiz BTE*
Matter No 013797
Descript *Document processing of defendants trial exhibits*
(CCST)

*Defendants trial exhibits*

Q127418

For questions about your invoice contact accounting at 312-788-2623 or email AR@omnivere.com.
Please remit payment by mail to: OmniVere PO Box 74008090 Chicago, IL 60674-8090

| Please remit payment by ACH/EFT to:<br>Bank Name: Bank of America<br>Account Name: OmniVere, LLC<br>Routing/ABA #: 071000039<br>Account #: 8666889038<br>Send remittance advices to: AR@omnivere.com | Please remit payment by wire to:<br>Bank Name: Bank of America<br>Account Name: OmniVere, LLC<br>Routing/ABA #: 026009593<br>Account #: 8666889038<br>Send remittance advices to: AR@omnivere.com | | |
|---|---|---|---|
| | | **Sales Tax (8.25%)** | $110.12 |
| | | **Total** | **$1,444.92** |



**LIGHTHOUSE DATA SOLUTIONS**

A division of OmniVere, LLC
150 S Wacker Drive, Suite 2400
Chicago, IL 60606

25320

FEIN: 38-3928277

| Date | Invoice # |
|---|---|
| 5/8/2015 | 2004664 |

**Bill To**

Susman Godfrey L.L.P.
Stacy Schulze
1000 Louisiana, Suite 5100
Houston, TX 77002

**Ship To**

Susman Godfrey L.L.P.
Stacy Schulze
1000 Louisiana, Suite 5100
Houston, TX 77002



RECEIVED MAY 20 2015

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 013797 | Net 30 | JPass | 5/8/2015 | | 0515-0096 | 013797 |

| Quantity | Item Code | Description | Price | Amount |
|---|---|---|---|---|
| 5,503 | Blowbacks Stapled T | Blowbacks Stapled | 0.10 | 550.30T |
| | | Witness Files | | |

Date 5/14/15 Preparer T. Adler Rush?
Approval
Matter Name Data Quo / PTE
Matter No. 013797
Descript Document Processing

(CCST)

Q128647

For questions about your invoice contact accounting at 312-788-2623 or email AR@omnivere.com.
Please remit payment by mail to: OmniVere PO Box 74008090 Chicago, IL 60674-8090

| Please remit payment by ACH/EFT to:<br>Bank Name: Bank of America<br>Account Name: OmniVere, LLC<br>Routing/ABA #: 071000039<br>Account #: 8666889038<br>Send remittance advices to: AR@omnivere.com | Please remit payment by wire to:<br>Bank Name: Bank of America<br>Account Name: OmniVere, LLC<br>Routing/ABA #: 026009593<br>Account #: 8666889038<br>Send remittance advices to: AR@omnivere.com | Sales Tax (8.25%) | $45.40 |
|---|---|---|---|
| | | **Total** | **$595.70** |



**LIGHTHOUSE DATA SOLUTIONS**

A division of OmniVere, LLC
150 S Wacker Drive, Suite 2400
Chicago, IL 60606

25320

FEIN: 38-3928277

| Date | Invoice # |
|---|---|
| 5/12/2015 | 2004763 |

**Bill To**
Susman Godfrey L.L.P.
Stacy Schulze
1000 Louisiana, Suite 5100
Houston, TX 77002

**Ship To**
Susman Godfrey L.L.P.
Stacy Schulze
1000 Louisiana, Suite 5100
Houston, TX 77002


RECEIVED

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 013797 | Net 30 | JPass | 5/12/2015 | | 515-147 | 013797 |

| Quantity | Item Code | Description | Price | Amount |
|---|---|---|---|---|
| 4,596 | Blowbacks T | Blowbacks | 0.10 | 459.60T |
| 808 | Color 8.5 x 11 T | Color 8.5 x 11 (Per Page) | 0.79 | 638.32T |
| 1,944 | Heavy Litigation Copies T | Heavy Litigation Copies | 0.14 | 272.16T |
| 3 | Assembly - Redwelds T | Assembly - Redwelds (Per Item) | 2.50 | 7.50T |

"Witness Files and Exhibits for Pretrial"

Date 6/8/15 Preparer T. Adkin Rush?
Approval (JGRE)
Matter Name Data Quill/ZTE
Matter No 013797
Descript Document processing

(CCST)

Q128852

For questions about your invoice contact accounting at 312-788-2623 or email AR@omnivere.com.
Please remit payment by mail to: OmniVere PO Box 74008090 Chicago, IL 60674-8090

| Please remit payment by ACH/EFT to: | Please remit payment by wire to: | | |
|---|---|---|---|
| Bank Name: Bank of America | Bank Name: Bank of America | Sales Tax (8.25%) | $113.65 |
| Account Name: OmniVere, LLC | Account Name: OmniVere, LLC | | |
| Routing/ABA #: 071000039 | Routing/ABA #: 026009593 | **Total** | **$1,491.23** |
| Account #: 8666889038 | Account #: 8666889038 | | |
| Send remittance advices to: AR@omnivere.com | Send remittance advices to: AR@omnivere.com | | |

**25211**

SwayLaw LLC
PO Box 74
Los Altos, CA 94023-0074

(650)492-4837
howard.loo@swaylaw.com
http://www.swaylaw.com

# SwayLaw LLC
## Invoice

| Date | Invoice # |
|---|---|
| 05/25/2015 | 1622 |
| Terms | Due Date |
| Net 30 | 06/24/2015 |

**RECEIVED JUN 0 1 2015**

**Bill To**
Susman Godfrey LLP
Suite 5100
1000 Louisiana
Houston, TX 77002-5096

| Matter | Tax ID # |
|---|---|
| DATAQUILL 013797 | 65-1300178 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Stickering of PDF trial exhibits with electronic exhibit stickers (95 cents per exhibit) | 4 | 0.95 | 3.80 |
| • Labeling each page with per-page numbering (and shrinking page to make room for per-page numbering) (2 cents per page) | 90 | 0.02 | 1.80 |
| • Creating compact, text-searchable PDFs (includes: cleaning PDFs, optimizing PDFs, and OCRing PDFs) (3 cents per page) | 90 | 0.03 | 2.70 |
| • Follow-up exhibit processing ($95 per hour) | 0.3 | 95.00 | 28.50 |
| • Generating template for printing physical stickers ($150 flat fee) | 1 | 150.00 | 150.00 |

Date 5/25/15 Preparer T. Adler Rush? ___
Approval JGR
Matter Name DataQuill ITE
Matter No. 013797
Descript. Document processing
(CCST)

Make checks payable to SwayLaw LLC.

| | Total | $186.80 |
|---|---|---|

Payment is due 30 days from date of invoice. If payment is not received within 60 days of date of invoice, a $50 late fee will be assessed, with additional $50 late fees assessed each month that the invoice remains unpaid.


Q128845



| | P.O. Box 53888 | | | | **Invoice** | |
|---|---|---|---|---|---|---|
| | Houston, TX 77052-3888 | | | Date | | Invoice # |
| | 713-225-5800 | | | 6/8/2015 | | 24034 |
| | Fed Tax ID 65-1166227 | | | | | |

| Bill To | Ship To |
|---|---|
| Heim Payne & Chorush<br>600 Travis # 6700<br>Houston, TX 77002 | Heim Payne & Chorush<br>600 Travis # 6700<br>Houston, TX 77002 |

| Client Matter Number | Terms | Rep | Job Number | Ordered By |
|---|---|---|---|---|
| 1081-0010 | Net 15 | LM | June 49 | Natasha |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 75,658 | 5900 | Digital B/W Blowbacks | 0.08 | 6,052.64T |
| 346 | 6000 | Digital Color Blowbacks | 0.75 | 259.50T |
| 214 | 8311 | Manila Folders Letter | 0.25 | 53.50T |
| 2 | 4100 | Master DVD | 15.00 | 30.00T |

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 30 days. Interest at the rate of the lesser 1.5% per month or the maximim legal rate will be charged on invoices not paid within 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

Thank you for your business.

Received and Accepted: _____

| | |
|---|---|
| **Subtotal** | $6,395.64 |
| **Sales Tax (8.25%)** | $527.64 |
| **Total** | $6,923.28 |