# Exhibit J



**Legal Media, Inc.**
1602 Washington Avenue
Houston, Texas 77007

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/30/2014 | 32208-2 |

**BILL TO**

Joseph Grinstein
Susman Godfrey, LLP
1000 Louisiana, Suite 5100
Houston, Texas 77002

| TERMS | CASE STYLE |
|---|---|
| Net 30 | DataQuill v. Huawei and ZTE |

| ITEM | DESCRIPTION | SERVICE DATE | HOURS/QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| Travel Time - MJS | Drive to Marshall. | 11/3/2014 | 4 | 85.00 | 340.00 |
| Trial Preparation - MJS | Prep for Markman - JGRI slides, LPAY slides, BLAR slides; print/combine for Court. | 11/3/2014 | 6.5 | 185.00 | 1,202.50 |
| In Court Trial Consultant - MJS | Markman Hearing. | 11/4/2014 | 3 | 185.00 | 555.00 |
| Travel Time - MJS | Drive to Houston. | 11/4/2014 | 4 | 85.00 | 340.00 |

Date 2/23/15  Preparer T. Cedu  Rush?
Approval JG
Matter Name DataQuill/Huawei
Matter No. 013797
Descript Markman

Tax ID # 76-0544917
Thank you for your business!

**Total** $2,437.50

| Phone # | Fax # | Web Site | Tax ID |
|---|---|---|---|
| 713-861-4700 | 713-861-2951 | www.legalmediainc.com | 76-0544917 |



**Legal Media, Inc.**
1602 Washington Avenue
Houston, Texas 77007

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/30/2015 | 32467-4 |

| BILL TO |
|---|
| Joseph Grinstein<br>Susman Godfrey, LLP<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002 |

| TERMS | CASE STYLE |
|---|---|
| Net 30 | DataQuill v. ZTE |

| ITEM | DESCRIPTION | SERVICE DATE | HOURS/QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| Trial Preparation - MJS | Revisions to Infringement PPT per LP comments. | 6/1/2015 | 3 | 215.00 | 645.00 |
| Trial Preparation - MTB | Rough edit of depo designations for timing (Wang, Zhao, Ma, Ruitao, Lam). | 6/2/2015 | 1 | 215.00 | 215.00 |
| Graphic Design - MTB | Revisons to Rhyne sides for Blaine Larson. | 6/2/2015 | 0.5 | 215.00 | 107.50 |
| Graphic Design - MTB | Revise and format damages slides for Brian Hogue. | 6/3/2015 | 2 | 215.00 | 430.00 |
| Graphic Design - MTB | Revised animation on slide 50-51 and changes from Les to Infringement slides. | 6/4/2015 | 2 | 215.00 | 430.00 |
| Trial Preparation - MTB | New depo designation edits to Wang, Zhao, Ma, Ruirao, and Lam - edit and QC. | 6/5/2015 | 2.5 | 215.00 | 537.50 |
| Graphic Design - MTB | Revisions to animation for Rhyne slides - for Nate. | 6/6/2015 | 0.5 | 215.00 | 107.50 |
| Travel Time - MTB | Drive to Marshall hotel for trial prep. | 6/8/2015 | 3.5 | 85.00 | 297.50 |
| On-Site Trial Support - MTB | Set up equipment and help set up war room. | 6/8/2015 | 1 | 215.00 | 215.00 |
| On-Site Trial Support - MTB | Revise claim limitations slide and start working on validity. | 6/8/2015 | 2 | 215.00 | 430.00 |
| Travel Time - MJS | Drive to Marshall. | 6/8/2015 | 3.5 | 85.00 | 297.50 |

Tax ID # 76-0544917
Thank you for your business!

**Total**

| Phone # | Fax # | Web Site | Tax ID |
|---|---|---|---|
| 713-861-4700 | 713-861-2951 | www.legalmediainc.com | 76-0544917 |



**Legal Media, Inc.**
1602 Washington Avenue
Houston, Texas 77007

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/30/2015 | 32467-4 |

**BILL TO**

Joseph Grinstein
Susman Godfrey, LLP
1000 Louisiana, Suite 5100
Houston, Texas 77002

| TERMS | CASE STYLE |
|---|---|
| Net 30 | DataQuill v. ZTE |

| ITEM | DESCRIPTION | SERVICE DATE | HOURS/QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| On-Site Trial Support - MTB | Depo objection clips for Brian, revisions to validity slides, revisions to Infringement slides, slide for Callaghan direct, 1st draft of Opening. | 6/9/2015 | 10 | 215.00 | 2,150.00 |
| Trial Preparation - MJS | Trial prep; on site-on call. | 6/9/2015 | 2 | 215.00 | 430.00 |
| On-Site Trial Support - MTB | Revisions to Opening demonstratives, Doran Timeline drafts and changes, revisions to Infringment slides. | 6/10/2015 | 6.5 | 215.00 | 1,397.50 |
| Trial Preparation - MJS | Trial prep; on site-on call. | 6/10/2015 | 2 | 215.00 | 430.00 |
| On-Site Trial Support - MTB | Document database prep for Trial, revisions to Opening, depo designations for Hearing. | 6/11/2015 | 4.5 | 215.00 | 967.50 |
| Trial Preparation - MJS | Trial prep; on site-on call. | 6/11/2015 | 2 | 215.00 | 430.00 |
| On-Site Trial Support - MTB | Revisions to Opening, revisions to Infringement, changes to Mills. | 6/12/2015 | 6.5 | 215.00 | 1,397.50 |
| In Court Trial Consultant - MTB | Test Court equipment. | 6/12/2015 | 0.5 | 215.00 | 107.50 |
| Trial Preparation - MJS | Trial prep; on site-on call. | 6/12/2015 | 2 | 215.00 | 430.00 |
| On-Site Trial Support - MTB | Revisions to Opening, run through Opening with Parker, revisions to Infringement and validity slide decks, revisions to Mills. | 6/13/2015 | 8.5 | 215.00 | 1,827.50 |
| On-Site Trial Support - MTB | Revisions to depo clips - add in counters, QC and watch, revisions to Opening - run through with Parker, revisions to Infringement slides, export for disclosure, changes for objections. | 6/14/2015 | 12 | 215.00 | 2,580.00 |

Tax ID # 76-0544917
Thank you for your business!

**Total**

| Phone # | Fax # | Web Site | Tax ID |
|---|---|---|---|
| 713-861-4700 | 713-861-2951 | www.legalmediainc.com | 76-0544917 |



**Legal Media, Inc.**
1602 Washington Avenue
Houston, Texas 77007

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/30/2015 | 32467-4 |

| BILL TO |
|---|
| Joseph Grinstein<br>Susman Godfrey, LLP<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002 |

| TERMS | CASE STYLE |
|---|---|
| Net 30 | DataQuill v. ZTE |

| ITEM | DESCRIPTION | SERVICE DATE | HOURS/QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| In Court Trial Consultant - MTB | In Court - 7:30-5:30 for Voir Dire, set up equipment. Opening, Rhyne. | 6/15/2015 | 10 | 215.00 | 2,150.00 |
| On-Site Trial Support - MTB | Revisions to Wecker, revisions to Mills, prepare demos for PDF exchange, revisions to Rhyne - validity. | 6/15/2015 | 3 | 215.00 | 645.00 |
| On-Site Trial Support - MJS | Voir Dire, help setup, Opening statements. | 6/15/2015 | 6 | 215.00 | 1,290.00 |
| In Court Trial Consultant - MTB | In Court - Ma, Ruitao, Wecker, Mills, Doran, Konchinsky, Liu. | 6/16/2015 | 9 | 215.00 | 1,935.00 |
| On-Site Trial Support - MTB | Work on prep for Rhyne, prep for Shenk, prep for Lam, prep for Konchinsky. | 6/16/2015 | 5 | 215.00 | 1,075.00 |
| On-Site Trial Support - MJS | On site-on call; slide help for ND. | 6/16/2015 | 4 | 215.00 | 860.00 |
| In Court Trial Consultant - MTB | In Court - Konchinsky, Callaghan, Shenk, Lam. | 6/17/2015 | 9 | 215.00 | 1,935.00 |
| On-Site Trial Support - MTB | Work on revisions to Closing slides with Parker. | 6/17/2015 | 6 | 215.00 | 1,290.00 |
| Trial Preparation - MJS | Closing PPT creation/help. | 6/17/2015 | 7.75 | 215.00 | 1,666.25 |
| In Court Trial Consultant - MTB | In Court - Stec, Rhyne, Closing, VERDICT! | 6/18/2015 | 8 | 215.00 | 1,720.00 |
| On-Site Trial Support - MJS | Last-minute Closing revisions/printouts. In-Court Closing arguments; break down equipment; verdict reading. | 6/18/2015 | 6 | 215.00 | 1,290.00 |
| Travel Time - MTB | Drive back to Houston. | 6/19/2015 | 3.5 | 85.00 | 297.50 |

Tax ID # 76-0544917
Thank you for your business!

**Total**

| Phone # | Fax # | Web Site | Tax ID |
|---|---|---|---|
| 713-861-4700 | 713-861-2951 | www.legalmediainc.com | 76-0544917 |



**Legal Media, Inc.**
1602 Washington Avenue
Houston, Texas 77007

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/30/2015 | 32467-4 |

| BILL TO |
|---|
| Joseph Grinstein<br>Susman Godfrey, LLP<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002 |

| TERMS | CASE STYLE |
|---|---|
| Net 30 | DataQuill v. ZTE |

| ITEM | DESCRIPTION | SERVICE DATE | HOURS/QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| Travel Time - MJS | Drive to Houston.<br>Services Subtotal | 6/19/2015 | 4 | 85.00 | 340.00<br>32,353.75 |
| Meals | Meals | | | 342.74 | 342.74 |
| Computer | Magenta and Cyan toners for color printer in war room. | | | 182.81 | 182.81 |
| Reprographics | Reprographics | | | 54.11 | 54.11 |
| Mileage | Mileage<br>Reimbursable Expenses Subtotal | | | 245.20 | 245.20<br>824.86 |

Tax ID # 76-0544917
Thank you for your business!

**Total** $33,178.61

| Phone # | Fax # | Web Site | Tax ID |
|---|---|---|---|
| 713-861-4700 | 713-861-2951 | www.legalmediainc.com | 76-0544917 |