# Exhibit K

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATAQUILL LIMITED | § | |
| v. | § | |
| | § | Case No. 2:13-CV-633-RSP |
| HUAWEI TECHNOLOGIES CO LTD., ET AL. | § § § | |

## ORDER

Previously, the Court appointed Richard Egan as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Egan's invoice for services through November 13, 2014 in the amount of $18,798.42 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff: $9,399.21

Defendants: $9,399.21

Send payment to Mr. Richard Egan at the following address:

1101 Capital of Texas Highway South
Building C, Suite 200
Austin, TX 78746

**SIGNED this 19th day of November, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATAQUILL LIMITED | § | |
| v. | § | |
| | § | Case No. 2:13-CV-633-RSP |
| HUAWEI TECHNOLOGIES CO LTD., ET AL. | § § § | |

## ORDER

Previously, the Court appointed Richard Egan as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Egan's additional invoice for services through June 10, 2015 in the amount of $787.50 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff:                                              $393.75

Defendants:                                         $393.75

Send payment to Mr. Richard Egan at the following address:

1101 Capital of Texas Highway South
Building C, Suite 200
Austin, TX 78746

**SIGNED this 17th day of June, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE