# Exhibit L

CASREF,CONSOL,JURY,PATENT/TRADEMARK

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Marshall)
## CIVIL DOCKET FOR CASE #: 2:13-cv-00634-JRG

DataQuill Limited v. ZTE Corporation et al
Assigned to: Judge Rodney Gilstrap
Lead case: 2:13-cv-00633-JRG
Member case: (View Member Case)
Related Case: 2:13-cv-00633-JRG
Cause: 15:1126 Patent Infringement

Date Filed: 08/16/2013
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2013 | 1 | COMPLAINT against ZTE (USA) Inc., ZTE Corporation, ZTE Solutions, Inc. (Filing fee $ 400 receipt number 0540-4270953.), filed by DataQuill Limited. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5-1, # 6 Exhibit 5-2, # 7 Civil Cover Sheet)(Payne, Leslie) (Entered: 08/16/2013) |
| 08/16/2013 | 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Payne, Leslie) (Entered: 08/16/2013) |
| 08/19/2013 | | Case assigned to Judge Rodney Gilstrap. (ch, ) (Entered: 08/19/2013) |
| 08/19/2013 | 3 | ORDER REFERRING CASE to Magistrate Judge Roy S. Payne. Signed by Judge Rodney Gilstrap on 8/19/2013. (ch, ) (Entered: 08/19/2013) |
| 08/19/2013 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice of Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 08/19/2013) |
| 08/20/2013 | 4 | CORPORATE DISCLOSURE STATEMENT filed by DataQuill Limited (Payne, Leslie) (Entered: 08/20/2013) |
| 08/20/2013 | 5 | NOTICE of Attorney Appearance by Thomas John Ward, Jr on behalf of DataQuill Limited (Ward, Thomas) (Entered: 08/20/2013) |
| 08/20/2013 | 6 | NOTICE of Attorney Appearance by Jack Wesley Hill on behalf of DataQuill Limited (Hill, Jack) (Entered: 08/20/2013) |
| 08/20/2013 | 7 | NOTICE of Attorney Appearance by Claire Abernathy Henry on behalf of DataQuill Limited (Henry, Claire) (Entered: 08/20/2013) |
| 08/21/2013 | 8 | |

**Alison Raybold-Demers**

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Friday, August 16, 2013 4:00 PM
**To:** Alison Raybold-Demers
**Subject:** Pay.gov Payment Confirmation: TXED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Karen Beck at (903) 590-1036.

Application Name: TXED CM ECF
Pay.gov Tracking ID: 25C0GT7V
Agency Tracking ID: 0540-4270953
Transaction Type: Sale
Transaction Date: Aug 16, 2013 5:00:23 PM



THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

400 x 3

EDTX
WDTX
 DTX