# Exhibit M



13997

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/31/2014
INVOICE # 120814-431299

**RECEIVED JAN 29 2015**

**Bill To:** Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Wang Zhao
**DATE:** 12/8/2014
**LOCATION:** Hong Kong, HK

Date 1/21/14 Preparer T. Oakes Rush?
Approval (SGPI)
Matter Name DataQuill/Huawei
Matter No 013797-11
Descript Wang Zhao depo transcript
(CCST)

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 112 | $7.50 | $840.00 |
| Rough ASCII | 112 | $2.50 | $280.00 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - On-Site - B&W | 9600 | $0.30 | $2,880.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 41 | $0.20 | $8.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 112 | -$0.50 | -$56.00 |
| Conference Room / Day | 1 | $700.00 | $700.00 |
| Interpreter Appearance Fee / Day | 1 | $1,550.00 | $1,550.00 |
| | | SUBTOTAL | $6,502.20 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $6,552.20 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

PROCESSED BY AMM



Q118182



# INVOICE

**DATE:** 12/31/2014
**INVOICE #** 120914-431302

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

13997

RECEIVED
JAN 29 2015

Date 1/21/15 Preparer T. Acker Rush?
Approval
Matter Name DataQuill/Huawei
Matter No 213797
Descript Ma Hongqiang Depo transcript
(CCST)

**Bill To:** Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Mr. Ma Hongqiang
**DATE:** 12/9/2014
**LOCATION:** Hong Kong, HK

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 123 | $7.50 | $922.50 |
| Original Transcript - Evening Pages | 5 | $2.00 | $10.00 |
| Rough ASCII | 123 | $2.50 | $307.50 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Reporter App Fee / Add'l Evening Hour - Videotaped | 0.5 | $85.00 | $42.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 76 | $0.20 | $15.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 123 | -$0.50 | -$61.50 |
| Conference Room / Day | 1 | $700.00 | $700.00 |
| Interpreter Appearance Fee / Day | 1 | $1,550.00 | $1,550.00 |
| Interpreter Appearance Fee / Evening Hour | 0.5 | $275.00 | $137.50 |
| | | SUBTOTAL | $3,923.70 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $3,948.70 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

PROCESSED BY
AMM






**TSG REPORTING**

13997
Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/31/2014
INVOICE # 121014-431305

RECEIVED
JAN 29 2015

Date 1/21/15   Preparer T. Adkin   Rush?
Approval _____ (JGRX)
Matter Name DataQuill / Huawei
Matter No 013797
Descript Yingzi Wang depo transcript
(CCST)

**Bill To:** Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Ms. Yingzi Wang
**DATE:** 12/10/2014
**LOCATION:** Hong Kong, HK

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 100 | $7.50 | $750.00 |
| Rough ASCII | 100 | $2.50 | $250.00 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 444 | $0.20 | $88.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 100 | -$0.50 | -$50.00 |
| Conference Room / Day | 1 | $700.00 | $700.00 |
| Interpreter Appearance Fee / Day | 1 | $1,550.00 | $1,550.00 |
| | | SUBTOTAL | $3,588.80 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $3,638.80 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Q118178

PROCESSED BY
AMM



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/31/2014
INVOICE # 121114-431308

13997

**BIll To:** Joseph S. Grinstein Esq.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

**CASE:** DataQuill v. Huawei Technologies Co.
**WITNESS:** Fan Ruitao
**DATE:** 12/11/2014
**LOCATION:** Hong Kong, HK

RECEIVED JAN 29 2015

Date 1/21/15  Preparer T. Acker  Rush?
Approval
Matter Name DataQuill / Huawei
Matter No 013797
Descript Fan Ruitao depo transcript

(SGRI)
(CCST)

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript - 100p. Minimum | 100 | $7.50 | $750.00 |
| Rough ASCII - 100p. Minimum | 100 | $2.50 | $250.00 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 100 | -$0.50 | -$50.00 |
| Conference Room / Day | 1 | $700.00 | $700.00 |
| Interpreter Appearance Fee / Day | 1 | $1,550.00 | $1,550.00 |
| | | SUBTOTAL | $3,500.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $3,525.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**


Q118176

PROCESSED BY
AMM