IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATAQUILL LIMITED ) | |
| ) | |
| v. ) | Case No. 2:13-cv-634-JRG |
| ) | |
| ZTE (USA) INC. ) | |
| ) | |

**DEFENDANT ZTE (USA) INC.'S RESPONSE TO**
**PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT**

Defendant ZTE (USA) Inc. ("ZTE") objects to the entry of a final judgment in favor of Plaintiff DataQuill Limited ("DataQuill") for the reasons set forth in its post-trial motion, Lead Case No. 2:13-cv-633-JRG, Dkt. No. 170, filed on July 28, 2015.[1]  DataQuill failed to introduce substantial evidence at trial from which the jury could assess damages, priority date, and patent invalidity.  The Court should therefore reject the jury's damages award and its findings on validity as a matter of law and judgment should be entered in ZTE's favor on each of DataQuill's patent infringement claims.  Alternatively, ZTE submits that the jury's findings on damages and invalidity are against the clear weight of the evidence, and a new trial or remittitur should be granted to prevent a miscarriage of justice.

---

[1] In the event the Court overrules this objection and enters judgment in DataQuill's favor, ZTE does not oppose DataQuill's requests for supplemental damages, pre-judgment interest, post-judgment interest, and taxable costs as set forth in its post-trial motions, Dkt. Nos. 60 and 62, and motion for entry of final judgment, Dkt. No. 61.  More specifically, ZTE agrees to the requested relief only if the Court enters judgment on the jury verdict.  ZTE is not waiving any of its rights to contest the jury verdict as to both liability and damages issues, and ZTE reserves its rights to contest any appropriate issue on appeal.

Dated: August 21, 2015          Respectfully Submitted,

                         */s/ Eric H. Findlay*
                         Craig L. Uhrich
                         Texas Bar No. 24033284
                         craiguhrich@everettupshaw.com
                         David A. Bailey
                         Texas Bar No. 24078177
                         davidbailey@everettupshaw.com
                         UPSHAW PLLC
                         811 S. Central Expressway
                         Suite 307
                         Richardson, TX 75080
                         Telephone: (214) 680-6005
                         Facsimile: (214) 865-6086

                         Michael P. Sandonato
                         New York Bar No. MP-4278
                         msandonato@fchs.com
                         Natalie D. Lieber
                         New York Bar No. 4672762
                         nlieber@fchs.com
                         FITZPATRICK, CELLA, HARPER & SCINTO
                         1290 Avenue of the Americas
                         New York, NY 10104-3800
                         Telephone: (212) 218-2100
                         Facsimile: (212) 218-2200

                         Brian L. Klock
                         Virginia Bar No. 37808
                         bklock@fchs.com
                         Edmund J. Haughey
                         Virginia Bar No. 42845
                         ehaughey@fchs.com
                         Chitra M. Kalyanaraman
                         New Jersey Bar No. 031302010
                         ckalyanaraman@fchs.com
                         Stephen K. Yam
                         Virginia Bar No. 81104
                         syam@fchs.com
                         FITZPATRICK, CELLA, HARPER & SCINTO
                         975 F Street, NW
                         Washington, DC 20004

Telephone: (202) 530-1010
Facsimile: (202) 530-1055

Eric H. Findlay
TX Bar No. 00789886
efindlay@findlaycraft.com
Brian Craft
TX Bar No. 04972020
bcraft@findlaycraft.com
FINDLAY CRAFT, P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903)534-1100
Facsimile: (903) 534-1137

Robert F. Perry
rperry@kslaw.com
Alexas D. Skucas
askucas@kslaw.com
Christopher C. Carnaval
ccarnaval@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Adam M. Conrad
aconrad@kslaw.com
Anup M. Shah
ashah@kslaw.com
KING & SPALDING LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC 28202
Telephone: (704) 503-2600
Facsimile: (704) 503-2622

COUNSEL FOR DEFENDANT ZTE (USA) INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 21, 2015, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  This motion was served on all counsel by electronic filing.

> */s/ Eric H. Findlay*
> Eric H. Findlay