IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DATAQUILL LIMITED,** | § § § | |
| Plaintiff, | § § § | 2:13-cv-634-JRG |
| v. | § § § | |
| **ZTE (USA) INC.,** | § § § | **JURY TRIAL REQUESTED** |
| Defendant. | § § § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff DataQuill Ltd. ("DataQuill") and Defendant ZTE (USA), Inc. ("ZTE") jointly come before the Court and request that all deadlines in the case be stayed by thirty (30) days. All matters in controversy between the parties have been settled in principle, and the parties request a 30 day stay to prepare and finalize the appropriate dismissal papers. A proposed order is attached.

Dated: December 2, 2015  Respectfully submitted,

/s/ *Blaine Larson*
Parker C. Folse, III (LEAD COUNSEL)
Washington State Bar No. 24895
pfolse@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone:   (206) 516-3880
Facsimile:    (206) 516-3883

Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
Brian R. Hogue
(Pro Hac Vice)
Texas Bar. No 24094725
bhogue@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:   (713) 651-9366
Facsimile:    (713) 654-6666

Leslie V. Payne
Texas Bar No. 00784736
lpayne@hpcllp.com
Blaine A. Larson
Texas Bar No. 24083360
blarson@hpcllp.com
**HEIM, PAYNE & CHORUSH, LLP**
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

S. Calvin Capshaw, III
Texas Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
Texas Bar No. 05770585
ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647

      Telephone: (903) 236-9800
      Facsimile: (903) 236-8787

      T. John Ward, Jr.
      State Bar No. 00794818
      jw@wsfirm.com
      **WARD & SMITH LAW FIRM**
      P.O. Box 1231
      Longview, Texas 75606-1231
      Telephone: (903) 757-6400
      Facsimile: (903) 757-2323

      **ATTORNEYS FOR DATAQUILL LIMITED**

      /s/ *Alexas D. Skucas*
      Michael P. Sandonato
      New York Bar No. MP-4278
      FITZPATRICK, CELLA, HARPER & SCINTO
      1290 Avenue of the Americas
      New York, NY 10104
      Telephone:  (212) 218-2100
      Facsimile:  (212) 218-2200

      Brian L. Klock
      Virginia Bar No. 37808
      bklock@fchs.com
      Edmund J. Haughey
      Virginia Bar No. 42845
      ehaughey@fchs.com
      Chitra M. Kalyanaraman
      New Jersey Bar No. 031302010
      ckalyanaraman@fchs.com
      Stephen K. Yam
      Virginia Bar No. 81104
      syam@fchs.com
      FITZPATRICK, CELLA, HARPER & SCINTO
      975 F Street, NW
      Washington, DC 20004
      Telephone: (202) 530-1010
      Facsimile: (202) 530-1055

      Eric H. Findlay
      TX Bar No. 00789886
      efindlay@findlaycraft.com
      Brian Craft
      TX Bar No. 04972020

bcraft@findlaycraft.com
FINDLAY CRAFT, P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903)534-1100
Facsimile: (903) 534-1137

Robert F. Perry
rperry@kslaw.com
Alexas D. Skucas
askucas@kslaw.com
Christopher C. Carnaval
ccarnaval@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Adam M. Conrad
aconrad@kslaw.com
KING & SPALDING LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC 28202
Telephone: (704) 503-2600
Facsimile: (704) 503-2622

COUNSEL FOR DEFENDANT ZTE (USA) INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was served to all counsel of record via email on December 2, 2015.

/s/ *Blaine Larson*
Blaine Larson