**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DATAQUILL LIMITED,** § § | |
| **Plaintiff,** § | **Civil Action No. 2:13-CV-634-JRG** |
| § § | |
| v. § § | |
| § | |
| **ZTE (USA) INC.,** § § | |
| **Defendant.** § § § | |

**JOINT MOTION TO DISMISS**

Plaintiff DataQuill Ltd. ("DataQuill") and Defendant ZTE (USA), Inc. ("ZTE") jointly announce to the Court that they have reached a settlement agreement that resolves all matters in this controversy between them, and, on this day, they jointly move the Court to grant this Order of Dismissal. The Court, having considered the moving parties' present motion, finds that the joint motion for dismissal should be granted, as follows:

IT IS HEREBY ORDERED that all claims, counterclaims, and defenses that have been, or could have been, asserted in this lawsuit against ZTE (USA), Inc. by DataQuill Limited are dismissed with prejudice.

IT IS HEREBY ORDERED that all claims, counterclaims, and defenses that have been or could have been asserted in this lawsuit against DataQuill Limited by ZTE (USA), Inc. are dismissed with prejudice.

IT IS HEREBY ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

| | |
|---|---|
| Dated: January 15, 2016 | Respectfully submitted, |

/s/ *Leslie V. Payne*
Parker C. Folse, III (LEAD COUNSEL)
Washington State Bar No. 24895
pfolse@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone:     (206) 516-3880
Facsimile:     (206) 516-3883

Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
Brian R. Hogue
(Pro Hac Vice)
Texas Bar. No 24094725
bhogue@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:     (713) 651-9366
Facsimile:     (713) 654-6666

Leslie V. Payne
Texas Bar No. 00784736
lpayne@hpcllp.com
**HEIM, PAYNE & CHORUSH, LLP**
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

S. Calvin Capshaw, III
Texas Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
Texas Bar No. 05770585
ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

T. John Ward, Jr.
State Bar No. 00794818
jw@wsfirm.com
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR DATAQUILL LIMITED**

/s/ *Alexas D. Skucas*
Michael P. Sandonato
New York Bar No. MP-4278
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
Telephone:  (212) 218-2100
Facsimile:  (212) 218-2200

Brian L. Klock
Virginia Bar No. 37808
bklock@fchs.com
Edmund J. Haughey
Virginia Bar No. 42845
ehaughey@fchs.com
Chitra M. Kalyanaraman
New Jersey Bar No. 031302010
ckalyanaraman@fchs.com
Stephen K. Yam
Virginia Bar No. 81104
syam@fchs.com
FITZPATRICK, CELLA, HARPER & SCINTO
975 F Street, NW
Washington, DC 20004
Telephone: (202) 530-1010
Facsimile: (202) 530-1055

Eric H. Findlay
TX Bar No. 00789886
efindlay@findlaycraft.com
Brian Craft
TX Bar No. 04972020
bcraft@findlaycraft.com
FINDLAY CRAFT, P.C.
102 N. College Avenue, Suite 900

Tyler, TX 75702
Telephone: (903)534-1100
Facsimile: (903) 534-1137

Robert F. Perry
rperry@kslaw.com
Alexas D. Skucas
askucas@kslaw.com
Christopher C. Carnaval
ccarnaval@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Adam M. Conrad
aconrad@kslaw.com
KING & SPALDING LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC 28202
Telephone: (704) 503-2600
Facsimile: (704) 503-2622

**COUNSEL FOR DEFENDANT ZTE (USA) INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of January, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Leslie V. Payne*
Leslie V. Payne