**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **DATAQUILL LIMITED,** | § § § | |
| Plaintiff, | § § | Civil Action No. 2:13-CV-00633-JRG |
| v. | § § § | |
| **ZTE (USA) INC.,** | § § § | |
| Defendant. | § § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

Plaintiff DataQuill Ltd. ("DataQuill") and Defendant ZTE (USA), Inc. ("ZTE") jointly announce to the Court that they have reached a settlement agreement that resolves all matters in this controversy between them, and, on this day, they jointly move the Court to grant this Order of Dismissal. The Court, having considered the moving parties' present motion, finds that the joint motion for dismissal (Dkt. No. 185) should be **GRANTED**, as follows:

**IT IS HEREBY ORDERED** that all claims, counterclaims, and defenses that have been, or could have been, asserted in this lawsuit against ZTE (USA), Inc. by DataQuill Limited are dismissed with prejudice.

**IT IS HEREBY ORDERED** that all claims, counterclaims, and defenses that have been or could have been asserted in this lawsuit against DataQuill Limited by ZTE (USA), Inc. are dismissed with prejudice.

**IT IS HEREBY ORDERED** that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

All other motions that have not yet been decided are hereby **DENIED**.

**So Ordered and Signed on this**

**Jan 19, 2016**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

2